<table>
<tr><td>

Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar (KEscanlar@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Telephone: (973) 622-3333

</td><td>

Michael B. Levin (mlevin@wsgr.com)
Jamie Y. Otto (jotto@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

</td></tr>
</table>

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

*Attorneys for Defendants GAIN Capital*
*Holdings, Inc. and GAIN Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OANDA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAIN CAPITAL HOLDINGS, INC., and GAIN CAPITAL GROUP, LLC,<br><br>　　　　　Defendants. | Civil Action No. 20-05784-BRM-DEA<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Motion Date: August 17, 2020<br><br>Oral Argument Requested<br><br>*Document Filed Electronically* |

**TO:**　　　All Counsel of Record

**PLEASE TAKE NOTICE** that on **Monday, August 17, 2020 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC ("Defendants"), by and through counsel herein, shall appear before the Honorable Brian R. Martinotti, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and shall move this Court for an Order dismissing Plaintiff Oanda Corporation's ("Plaintiff") Complaint against them pursuant to

Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, the Defendants shall rely upon their Brief, the Declaration of Natalie J. Morgan (with exhibits), submitted concurrently herewith, any Reply papers to be submitted, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

Dated: July 17, 2020                                           Respectfully submitted,

| | |
|---|---|
| Michael B. Levin (mlevin@wsgr.com) <br> Jamie Y. Otto (jotto@wsgr.com) <br> **WILSON SONSINI GOODRICH & ROSATI P.C.** <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 <br><br> Natalie J. Morgan (nmorgan@wsgr.com) <br> **WILSON SONSINI GOODRICH & ROSATI P.C.** <br> 12235 El Camino Real <br> San Diego, California 92130 <br> Telephone: (858) 350-2300 | s/ Arnold B. Calmann <br> Arnold B. Calmann (ACalmann@saiber.com) <br> Katherine A. Escanlar (KEscanlar@saiber.com) <br> **SAIBER LLC** <br> One Gateway Center, Suite 1000 <br> Newark, New Jersey 07102 <br> Telephone: (973) 622-3333 <br><br> *Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC* |