| | |
|---|---|
| Arnold B. Calmann (ACalmann@saiber.com) | Michael B. Levin (mlevin@wsgr.com) |
| Katherine A. Escanlar (KEscanlar@saiber.com) | Jamie Y. Otto (jotto@wsgr.com) |
| **SAIBER LLC** | **WILSON SONSINI GOODRICH & ROSATI P.C.** |
| One Gateway Center, Suite 1000 | 650 Page Mill Road |
| Newark, New Jersey 07102 | Palo Alto, CA 94304-1050 |
| Telephone: (973) 622-3333 | Telephone: (650) 493-9300 |

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OANDA CORPORATION, | ) |
|     Plaintiff, | ) Civil Action No. 20-05784-BRM-DEA |
| v. | ) **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| GAIN CAPITAL HOLDINGS, INC., and GAIN CAPITAL GROUP, LLC, | ) |
|     Defendants. | ) *Document Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC ("Defendants") make the following disclosures:

1. Defendants are non-governmental corporate parties.

2. GAIN Capital Holdings, Inc. is the ultimate parent of GAIN Capital Group, LLC. There is currently an executed Agreement and Plan of Merger whereby INTL FCStone Inc. will become the ultimate parent of both entities, but the merger has not yet been completed. INTL FCStone Inc. has changed its name to StoneX Group Inc.

3. No publicly held corporation owns 10% or more of GAIN Capital Holdings, Inc.'s stock.

Dated:  July 17, 2020                                             Respectfully submitted,


Michael B. Levin (mlevin@wsgr.com)
Jamie Y. Otto (jotto@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

s/ Arnold B. Calmann
Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar (KEscanlar@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Telephone: (973) 622-3333

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*