Arnold B. Calmann
(ACalmann@saiber.com)
Katherine A. Escanlar
(KEscanlar@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Telephone: (973) 622-3333

Michael B. Levin (mlevin@wsgr.com)
Jamie Y. Otto (jotto@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OANDA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAIN CAPITAL HOLDINGS, INC., and GAIN CAPITAL GROUP, LLC,<br><br>　　　　Defendants. | Civil Action No. 20-05784-BRM-DEA<br><br>**DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO STAY PENDING COVERED BUSINESS METHOD REVIEWS**<br><br>*Document Filed Electronically* |

I, Natalie J. Morgan, declare as follows:

1.　　I am an attorney at Wilson Sonsini Goodrich & Rosati P.C. and am counsel for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC ("Defendants").  I make this Declaration based on my personal knowledge

1

and in support of Defendants' Reply Brief in Support of Motion to Stay Pending Covered Business Method Reviews.

2.  Attached as **Exhibit A** is a true and correct copy of a webpage titled, *Trial Statistics Archive, USPTO.gov,* which can be accessed at: https://www.uspto.gov/patents-application-process/patent-trial-and-appeal-board/statistics/aia-trial-statistics-archive.

3.  Attached as **Exhibit B** is a true and correct copy of a document titled, "Trial Statistics IPR, PGR, CBM: Patent Trial and Appeal Board September 2020," *USPTO.gov,* which can be accessed at: https://www.uspto.gov/sites/default/files/documents/trial_statistics_20200930.pdf.

4.  Attached as **Exhibit C** is a true and correct copy of a printout from Lex Machina, which shows the case list for CBM PTAB trials filed between January 1, 2012 and September 15, 2020. The printout can be accessed at: https://law.lexmachina.com/ptab/?trial_types-include=205&filing_date-from=2011-01-02&filing_date-to=2020-09-16&filters=true&tab=trial_resolutions&view=analytics&cols=9243.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of October 2020.

_____
Natalie J. Morgan