Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar (KEscanlar@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Telephone: (973) 622-3333

Michael B. Levin (mlevin@wsgr.com)
Jamie Y. Otto (jotto@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI PC**
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI PC**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OANDA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GAIN CAPITAL HOLDINGS, INC., and GAIN CAPITAL GROUP, LLC,<br><br>    Defendants. | Civil Action No. 20-05784-BRM-DEA<br><br>**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>*Document Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC ("Defendants") make the following supplemental disclosures:

    1.   Defendants are non-governmental corporate parties.

    2.   Defendant GAIN Capital Group, LLC, is the wholly-owned subsidiary of GAIN Holdings, LLC, which is a wholly-owned subsidiary of Defendant GAIN Capital Holdings, Inc.

3. Defendant GAIN Capital Holdings, Inc., is the wholly-owned subsidiary of StoneX Group Inc.

4. Accordingly, StoneX Group Inc. is a publicly held corporation that is the ultimate parent of both Defendants.

Dated:  October 14, 2020

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*

s/ Arnold B. Calmann
_____

Michael B. Levin (mlevin@wsgr.com)
Jamie Y. Otto (jotto@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI PC**
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI PC**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar (KEscanlar@saiber.com)
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Telephone: (973) 622-3333