# EXHIBIT D

Exhibit D

U.S. Patent 7,146,336

| Claim Language | Gain Systems |
|---|---|
| **Claim 1** | |
| 1. A system for trading currencies over a computer network, comprising: | Defendants' systems practice this claim.  The infringing "systems" include the web-based platform and back end servers, desktop clients, and mobile apps.  *See* Forex.com:  |

*Oanda Corp. v. GAIN Capital Holdings, Inc.;*
*GAIN Capital Group, LLC.*

Exhibit D

| (a) a server front-end in communication with said computer network; | *See* preamble and other screenshots. *See also:*  |

Exhibit D



Exhibit D

| (b) a database; | *See*: |
|---|---|
| |  |

Exhibit D

| (c) a transaction server in communication with said server front-end and with said database; | *See* preamble and other screenshots. *See also*:<br><br> |

Exhibit D

| (d) a rate server in communication with said server front-end; and | *See* preamble and other screenshots. *See also*:  |
|---|---|

Exhibit D

| (e) a pricing engine in communication with said rate server; and further comprising an interest rate manager in communication with said transaction server and said database, wherein said interest rate manager is operative to calculate, pay out, and collect interest on a tick-by-tick basis. | *See* preamble and other screenshots. *See also:*  |
|---|---|

Exhibit D

The above screenshot, captured from GAIN's product documentation, shows that GAIN charges variable prices to its customers.



Exhibit D



(*Screenshots captured from GAIN's product user interface showing pricing.*)

The above screenshots, showing GAIN's Forex.com product user interface, show prices for various currency pairs.  Upon information and belief, GAIN's product comprises a back-end pricing engine that computes the currency trading rates that the traders see and trade upon, for example, the "Sell," "Buy," "Opening" and/or "Closing" prices displayed in the screenshots. GAIN's pricing engine is a back-end component which would not be directly visible in product screenshots.  However, its existence is inferred and evidenced by the display of prices in GAIN's product screenshots.

Exhibit D



(Screenshot from: https://www.forex.com/en-us/trading/pricing-fees/rollover-rates/)

The above screenshot, taken from GAIN's product documentation, explains the concept of "rollover," which is an interest rate that GAIN charges to its customers.

*Oanda Corp. v. GAIN Capital Holdings, Inc.;*
*GAIN Capital Group, LLC.*

Exhibit D



The above screenshot, taken from GAIN's FOREX.COM trading platform product, shows (on the left in the red box) the pricing of GAIN's "financing charges," which are interest rates that apply to short or long positions, and which are estimated into the future; and (on the right) the pricing of a particular currency pair.

The trading platform also comprises an interest rate manager that computes interest due or owed on a traders' portfolio, and/or that computes interest due to GAIN or payable by GAIN to

*Oanda Corp. v. GAIN Capital Holdings, Inc.;*
*GAIN Capital Group, LLC.*

Exhibit D

other financial institutions in relation to GAIN's product—for example, banks that loan GAIN currencies.

At this time, without the benefit of discovery, OANDA does not have access to GAIN's back-end systems; however, upon information and belief, GAIN's FOREX.COM trading platform product comprises (and must comprise) the following:

**(a)** **a pricing engine in communication with said rate server**, because the FOREX.COM product displays prices, it must contain and use a pricing engine to compute those prices.  A pricing engine is a back-end component which would not be visible in screenshots of GAIN's FOREX.COM trading platform product, but will be visible on an inspection of GAIN's source code and associated documentation, and the output of GAIN's product showing prices evidences the existence and use of a pricing engine;

**(b)** **an interest rate manager in communication with said transaction server and said database,** because the FOREX.COM product displays interest rates, the product must include software that manages the various interest rates in play on the platform (e.g., different interest rates for different currency pairs, rollover interest rates, margin rates, etc.).  An interest rate manager is a back-end component which would not be visible in screenshots of GAIN's FOREX.COM trading platform product but will be visible on an inspection of GAIN's source code and associated documentation.  As further evidence of an interest rate manager, the output of GAIN's product (shown above as "Finance Charges") shows interest rates and GAIN's product documentation (shown above as "Rollover Rate") shows that GAIN collects and/or pays interest to its customers.  In addition, as the FOREX.COM trading platform product provides currency trading, FOREX.COM's backend must engage in cost-of-capital analysis in order to price its own interest rates, and thus must calculate how much capital it needs, and its costs for obtaining that capital.  Finally, as calculated interest is directly related to the underpinning transaction, and the transactions are stored in the database, the interest rate manager is (and must be) in communication with said transaction server and said database; and

Exhibit D

| | |
|---|---|
| | **(c)** it is also true (and must be) that the **<u>interest rate manager is operative to calculate, pay out, and collect interest on a tick-by-tick basis</u>**, because GAIN pays interest to and collects interest from its customers, as well as its funders; and the amounts of interest payable or collectable differ based on changes in prices. |
| **Claim 2** | |
| 2. A system for trading currencies over a computer network, comprising: | *See* preamble to Claim 1. |
| (a) a server front-end in communication with said computer network; | *See* Claim 1(a). |
| (b) a database; | *See* Claim 1(b). |
| (c) a transaction server in communication with said server front-end and with said database; | *See* Claim 1(c). |
| (d) a rate server in communication with said server front-end; and | *See* Claim 1(d). |
| (e) a pricing engine in communication with said rate server; and further comprising a trade manager in communication with said transaction server and said database, wherein said trade manager comprises a stop-loss daemon that (a) continuously checks whether stop-loss orders should be executed, and (b) if a stop-loss order | *See* Claim 1(e).  *See also*:  |

*Oanda Corp. v. GAIN Capital Holdings, Inc.;*
*GAIN Capital Group, LLC.*

Exhibit D

| | |
|---|---|
| should be executed, executes it through said transaction server. | |
| **Claim 3** | |
| 3. A system for trading currencies over a computer network, comprising: | *See* preamble to Claim 1. |
| (a) a server front-end in communication with said computer network; | *See* Claim 1(a). |
| (b) a database; | *See* Claim 1(b). |
| (c) a transaction server in communication with said server front-end and with said database | *See* Claim 1(c). |
| (d) a rate server in communication with said server front-end; and | *See* Claim 1(d). |
| (e) a pricing engine in communication with said rate server; and further comprising a trade manager in communication with said transaction server and said database, wherein said trade manager comprises a take-profit daemon that (a) continuously checks whether take-profit orders should be executed, and (b) if a take-profit order should be executed, executes it through said transaction server. | *See* Claim 1(e).  *See also*:  |

Exhibit D

| Claim 4 | |
|---|---|
| 4. A system for trading currencies over a computer network, comprising: | *See* preamble to Claim 1. |
| (a) a server front-end in communication with said computer network; | *See* Claim 1(a). |
| (b) a database; | *See* Claim 1(b). |
| (c) a transaction server in communication with said server front-end and with said database; | *See* Claim 1(c). |
| (d) a rate server in communication with said server front-end; and | *See* Claim 1(d). |
| (e) a pricing engine in communication with said rate server; and further comprising a trade manager in communication with said transaction server and said database, wherein said trade manager comprises a limit-order daemon that (a) continuously checks whether limit orders should be executed, and (b) if a limit order should be executed, executes it through said transaction server. | *See* Claim 1(e).  *See also*:  |

*Oanda Corp. v. GAIN Capital Holdings, Inc.;*
*GAIN Capital Group, LLC.*

Exhibit D



| Claim 5 | |
|---|---|
| 5. A system for trading currencies over a computer network, comprising: | *See* preamble to Claim 1. |
| (a) a server front-end in communication with said computer network; | *See* Claim 1(a). |
| (b) a database; | *See* Claim 1(b). |
| (c) a transaction server in communication with said server front-end and with said database; | *See* Claim 1(c). |
| (d) a rate server in communication with said server front-end; and | *See* Claim 1(d). |

Exhibit D

| | |
|---|---|
| (e) a pricing engine in communication with said rate server, wherein said pricing engine is operable to compute currency exchange rates based on: (a) data obtained from external rate sources; and (b) market directional movement and volatility. | *See* Claim 1(e).  *See also*:<br><br> |

Exhibit D



Exhibit D



Exhibit D

| Claim 6 | |
|---|---|
| 6. A system as in claim 5, wherein said pricing engine is further operable to compute currency exchange rates based on positions held by said system. | *See* Claim 5.  *See also*:  |

Exhibit D

| Claim 7 | |
|---|---|
| 7. A system for trading currencies over a computer network, comprising | *See* preamble to Claim 1. |
| (a) a server front-end in communication with said computer network; | *See* Claim 1(a). |
| (b) a database; | *See* Claim 1(b). |
| (c) a transaction server in communication with said server front-end and with said database; | *See* Claim 1(c). |
| (d) a rate server in communication with said server front-end; and | *See* Claim 1(d). |
| (e) a pricing engine in communication with said rate server; further comprising a hedging engine in communication with said transaction server, wherein said hedging engine is operable to perform at least two of the following calculations: (a) calculate a total amount of home currency appearing in all open positions; (b) calculate an out-of-equilibrium exposure; (c) calculate a new potential net exposure; (d) calculate an equilibrium position; (e) calculate boundaries of possible exposures; (f) calculate values for a pair of quoting | *See* Claim 1(e) and 5 regarding pricing engine component.

*See* **Exhibit F** showing GAIN's product documentation relating to margin and leverage. Margin and hedging are closely related concepts.  Margin is related to the concept of lending traders the platform's money, typically without security, and involves calculations of the risk of a trader's account positions to GAIN for that trader.

Hedging is related to the concept of identifying account positions for many traders on GAIN's product in bulk, and offsetting risks that those bulk positions may expose GAIN to by making corresponding transactions with other financial entities.   In other words, many of the calculations that GAIN makes for an individual trader's account, will be rolled up to use in GAIN's internal hedging engine.  GAIN hedges the exposure that its customers' trades create because many of its customer accounts are not secured against loss.  Thus, GAIN's hedging engine is the back-end software component, which is not visible in screenshots but will be visible on an inspection of GAIN's source code and associated documentation, which performs operations useful to GAIN in hedging such exposure.  Upon information and belief, GAIN's hedging engine |

*Oanda Corp. v. GAIN Capital Holdings, Inc.;*

*GAIN Capital Group, LLC.*

Exhibit D

| functions; and (g) calculate an average price and an average spread. | determines when to trade with one of GAIN's backend partners.  The hedging engine is not readily apparent to a trader using the forex.com platform.  Instead, the hedging engine monitors the positions in all traders' accounts, along with trading activity, and market direct and volatility to determine when to execute backend trades.<br><br>Therefore, on information and belief, GAIN's product comprises:<br><br>(1) a **hedging engine in communication with said transaction server, wherein said hedging engine is operable to perform at least two of the following calculations,** which is a back-end component not visible in screenshots of GAIN's product, but will be visible on an inspection of GAIN's source code, and which hedges GAIN's exposure to market fluctuations based on GAIN's customer's trades, and is in communication with the transaction server so that it may monitor ongoing transactions and changes in the positions of GAIN and its traders;<br><br>(2) the hedging engine does and must **(a) calculate a total amount of home currency appearing in all open positions;** for the purpose of identifying the amount of home currency that must be hedged against;<br><br>(3) the hedging engine does and must **(b) calculate an out-of-equilibrium exposure;** for the purpose of identifying those currencies where GAIN's traders have taken net short (or long) positions in particular currencies so that GAIN's hedging engine may hedge against them;<br><br>(4) the hedging engine does and must **(c) calculate a new potential net exposure,** for the purpose of understanding what GAIN's new exposure may be after a hedging transaction is executed (e.g., GAIN buying or selling some currency that its traders are short or long on, to reduce GAIN's exposure to fluctuations in the value of that currency);<br><br>(5) the hedging engine does and must **(d) calculate an equilibrium position**, so that GAIN's hedging engine can decide how much of a currency to recommend to buy or sell so as to reduce or eliminate GAIN's exposure to an out of equilibrium net position;<br><br>(6) the hedging engine does and must **(e) calculate boundaries of possible exposures**, so that when hedging transactions are costly or take time, the hedging engine may predict future expected exposures based on predicted future actions of GAIN's traders or the movements of markets; |

Exhibit D

(7) the hedging engine does and must **(f) calculate values for a pair of quoting functions**, at a minimum, so that GAIN's hedging engine may output values for a hedging operation to buy one currency in a currency pair, or to sell the other currency in that currency pair; and

(8) the hedging engine does and must **(g) calculate an average price and an average spread**, at a minimum, for the purpose of making estimates as to the volatility and future price(s) or exposure(s) of the currency pairs traded by GAIN's customers, and/or for the purpose of simplifying other calculations by using average(s) rather than many individual prices.

*See also:*



Exhibit D



Exhibit D

| Claim 8 | |
| --- | --- |
| 8. A system as in claim 6, wherein said positions are managed based on one or more trading models. | *See* Claim 6.  *See also*:<br><br> |

Exhibit D



Exhibit D

| Claim 9 | |
|---|---|
| 9. A system as in claim 8, wherein at least one of said one or more trading models comprises: (a) a price collector component; (b) a price filter component; (c) a price database component; (d) a gearing calculator component; (e) a deal acceptor component; and (f) a book-keeper component. | *See* Claim 8.  *See Also:*  The above screenshot shows listings of GAIN's product "indicators," which are also trading models. |

Exhibit D



The above screenshot shows the operation and display of a trading model / indicator (MACD) on GAIN's product.

"Trading models" are an expected feature of hedging and/or a hedging engine (*See* Claim 7(e)). Because GAIN's product hedges against customer exposure, the product must, on information and belief, model the effects of various hedging transactions.  This is another example of a trading model that, while not itself visible in screenshots of GAIN's product, may be inferred

Exhibit D

from the operation of GAIN's product and its financial reports, and will be visible on inspection of GAIN's source code and associated documentation.

The trading models provided and/or used by GAIN's product comprise various components as claimed here.  While the output of the trading models themselves may sometimes be apparent in screenshots of the product (see above), the claimed components themselves are not visible features of the product—they are software components, all of which interact with GAIN's product and its back-end components, and some of which are back-end components themselves and the precise functionality will only be revealed by review of GAIN's source code and associated documentation.

Upon information and belief, each claimed component performs various operations for the purpose of enabling the models or indicators available to GAIN's customers.  Thus, knowledge of the existence of the trading models, as well as knowledge of the existence of GAIN's hedging engine and operations, allows OANDA to infer the existence of the claimed components, which it alleges are all present in GAIN's product:

**(a) a price collector component** – this component collects price quotes from data feeds and is evidenced by the use of price data in the trading models;

**(b) a price filter component** – this component receives the collected price quotes and filters them to send to the price database and/or gearing calculator, and is evidenced by the apparent lack of erroneous prices in the display of price information;

**(c) a price database component** – this component stores price quotes for later retrieval or display and is evidenced by the ability of the models to show historical price data and model outputs;

**(d) a gearing calculator component** – this component specifies the recommended exposure size based on computations of the model or indicator; and is evidenced by various indications in certain trading models, as well as the recommendations of GAIN's hedging engine to hedge customer exposures (*see also* Claim 7(e));

**(e) a deal acceptor component** – this component throttles the recommendations of the gearing calculator component to avoid performing too many trades in a short period, which increases

Exhibit D

risk.  Because both customer and hedging transactions are costly to make, on information and belief, GAIN uses a deal acceptor component to reduce the numbers of unnecessary trades to achieve model, hedging, or other goals;

**(f) a book-keeper component** – the book keeper component evaluates trading model statistics and/or keeps track of deals that have been made.  The book-keeper component is evidence by the fact that GAIN's trading models (for customers or for hedging) do not continue to recommend (or execute) trades that have already been recommended (or executed), rather the executed trades are stored in the book keeper component so that the same recommendation isn't duplicated.

*See also*:



https://www.forex.com/en-us/education/education-themes/technical-analysis/abcd-pattern/ (accessed May 8, 2020).

Exhibit D

| | |
|---|---|
| | Upon information and belief, the forex.com trading platform comprises back-end functionalities that computers exchange through trading models that use each of the components identified in Claim 9 of the '336 Patent. |
| **Claim 10** | |
| 10. A system as in claim 8, wherein at least one of said one or more trading models comprises: (a) a price collector component; (b) a price filter component; (c) a price database component; (d) a gearing calculator component; (e) a deal acceptor component; (f) an opportunity catcher component; and (g) a book-keeper component | Upon information and belief, the forex.com trading platform comprises back-end functionalities, not visible in screenshots of GAIN's product but which will be visible on inspection of GAIN's source code, that compute exchange through trading models that use each of the components identified in Claim 10 of the '336 Patent, which OANDA alleges are all present in GAIN's product:

**(a) a price collector component** – *See* Claim 9.

**(b) a price filter component** – *See* Claim 9.

**(c) a price database component** – *See* Claim 9.

**(d) a gearing calculator component** – *See* Claim 9.

**(e) a deal acceptor component** – *See* Claim 9.

**(f) an opportunity catcher component** - The opportunity catcher component sends a signal to the trader to execute the recommended trade.  Thus, after coming up with a recommendation for either a customer or for GAIN's internal hedging, the opportunity catcher components signal a trader—either a customer or a different software component—to execute the trade, at a particular time, and at a particular price.  The existence of this component may be inferred because without signals to execute trades, the recommendations created and approved by the other components (e.g., gearing calculator, deal acceptor, etc.) would be ignored and would not result in profits or risk reduction.

**(g) a book-keeper component** – *See* Claim 9.

*See also*: |

Exhibit D



Exhibit D

| Claim 11 | |
|---|---|
| 11. A system for trading currencies over a computer network, comprising: | *See* Claim 1. |
| (a) a server front-end in communication with said computer network; | *See* Claim 1(a). |
| (b) a database; | *See* Claim 1(b). |
| (c) a transaction server in communication with said server front-end and with said database; | *See* Claim 1(c). |
| (d) a rate server in communication with said server front-end; and | *See* Claim 1(d). |
| (e) a pricing engine in communication with said rate server; further comprising a margin control manager in communication with said transaction server and said database, wherein said margin control manager is operable to monitor on a tick-by-tick basis margin requirements of accounts and on said tick-by-tick basis liquidate holdings as needed to maintain specified margins. | *See* Claim 1(e). *See also*: |

Exhibit D



*Oanda Corp. v. GAIN Capital Holdings, Inc.;*

*GAIN Capital Group, LLC.*