# EXHIBIT E

Exhibit E

U.S. Patent 8,392,311

| Claim Language | Gain Systems |
|---|---|
| **Claim 1** | |
| 1. A method of trading currencies over a computer network connecting a trading system server and at least one trading client system, comprising the steps of: | Defendants' currency trading systems practice this claim. *See* Forex.com:  |

Exhibit E



Exhibit E

| | |
|---|---|
| (i) at the trading system server, determining and dynamically maintaining a plurality of current exchange rates, each current exchange rate relating to a pair of currencies and including a first price to buy a first currency of the pair with respect to a second currency of the pair and a second price to sell the first currency of the pair with respect to the second currency of the pair; | *See*:  |

Exhibit E



Exhibit E

| (ii) transmitting data from the trading system server to a trading client system, the transmitted data representing at least one current exchange rate at the time of the transmission; | *See:*  |

Exhibit E



Exhibit E



Exhibit E

| | |
|---|---|
| (iii) at the trading client system, displaying the first and second prices for each received current exchange rate to a user; | *See* Claim 1(ii). |
| (iv) at the trading client system, accepting input from the user identifying a pair of currencies the user desires to trade, an amount of at least one currency of the pair desired to be traded and a requested trade price at which it is desired to effect the trade; | *See:*<br><br> |

Exhibit E



Exhibit E

| (v) transmitting the accepted input from the trading client system to the trading system server; | *See:*  |

Exhibit E

| | |
|---|---|
| (vi) at the trading system server, comparing the requested trade price to the respective first price or second price of the corresponding current exchange rate at that time and, if the respective first price or second price of the corresponding current exchange rate at that time is equal to or better than the requested trade price, effecting the trade at the corresponding respective current exchange rate first price or second price and if the corresponding current exchange rate is worse than the requested trade price, refusing the trade; and |  |

Exhibit E



Exhibit E



| | |
|---|---|
| (vii) transmitting from the trading system server to the trading client system an indication of whether the trade was refused or transacted and, if transacted, an indication of the price the trade was transacted at. | *See* above claim elements. |

Exhibit E

| Claim 2 | |
|---|---|
| 2. The method of claim 1 wherein the requested trade price is derived from a respective one of the first price or second price of the received current exchange rate and a user input limit value defining a maximum acceptable difference between the respective one of the first price or second price of the received current exchange rate received at the trading client system and the respective one of the first price or second price of the corresponding current exchange rate determined at the trading client system at which the trade can be effected. | *See* Claim 1.  *See also*:  |

Exhibit E



*See also:* https://www.forex.com/en-us/education/education-themes/forex-platform-tutorials/us-advanced-trading-platform-customization/ (accessed May 8, 2020)

Exhibit E

| Claim 3 | |
|---|---|
| 3. The method of claim 2 wherein the user can input a first limit value to define a maximum acceptable difference between the first price of the current exchange rate received at the trading client system and the first price of the corresponding current exchange rate determined at the trading client system and can input a second limit value to define a maximum acceptable difference between the second price of the current exchange rate received at the trading system and the second price of the corresponding current exchange rate determined at the trading client system and the requested trade price is derived from the first price or second price of the current exchange rate received at the trading client system and the corresponding one of the first limit value and second limit value. | *See* Claim 2. |
| **Claim 4** | |
| 4. The method of claim 2 wherein step (iv) comprises the steps of: | *See* Claim 2. |
| (a) the user selecting one of the first price and second price of the current | *See* Claim 2. |

Exhibit E

| | |
|---|---|
| exchange rate displayed at the trading client system; | |
| (b) displaying to the user a set of input fields to define a desired trade, the input fields including an identification of the pair of currencies the user desires to trade, the amount of the currencies desired to be traded, the selected first price or second price of the current exchange rate received at the trading client system and a limit value, and where the input fields to identify the pair of currencies and the first price or second price are populated with appropriate values determined from the user's selection of the one of the first price or second price; | *See*:<br><br> |

Exhibit E



| | |
|---|---|
| (c) receiving from the user input to the input field defining the desired amount of currency to be traded; and | *See* above.  *See also:* |

Exhibit E



| | |
|---|---|
| (d) determining the requested trade price from the selected one of the first price and second price and the limit value. | *See above. See also:* |
| **Claim 5** | |
| 5. The method of claim 4 wherein in step (b) the displayed set of input fields includes: a first limit value to define a maximum acceptable difference between the first price of the current exchange rate received at the trading client system and the first price of the | *See above. See also:* |

Exhibit E

corresponding current exchange rate determined at the trading client system; and a second limit value to define a maximum acceptable difference between the second price of the current exchange rate received at the trading system and the second price of the corresponding current exchange rate determined at the trading client system and in step (d) the requested trade price is derived from the selected first price or second price and the corresponding one of the first limit value and second limit value.



Exhibit E



| **Claim 6** | |
| --- | --- |
| 6. The method of claim 2 wherein, when the limit value is zero, the requested trade price is the current corresponding first price or second price of the current exchange rate at the trading server. | *See generally,* Claim 1. |
| **Claim 7** | |
| 7. A method of trading currencies over a computer network connecting a trading system server and at least one trading client system, comprising the steps of: | *See* Claim 1. |
| (i) at the trading system server, determining and dynamically maintaining a plurality of current exchange rates, each current exchange rate relating to a | *See* Claim 1(i). |

Exhibit E

| | |
|---|---|
| pair of currencies and including a first price to buy a first currency of the pair with respect to a second currency of the pair and a second price to sell the first currency of the pair with respect to the second currency of the pair; | |
| (ii) transmitting data from the trading system server to a trading client system, the transmitted data representing at least one current exchange rate at the time of the transmission; | *See* Claim 1(ii). |
| (iii) receiving at the trading system server input from a user of the trading client system identifying a pair of currencies the user desires to trade, an amount of at least one currency of the pair desired to be traded and a requested trade price at which it is desired to effect the trade; | *See* Claim 1(iii-iv).  *See also*: |

Exhibit E



Exhibit E

| (iv) at the trading system server, comparing the requested trade price to the respective first price or second price of the corresponding current exchange rate at that time and, if the respective first price or second price of the corresponding current exchange rate at that time is equal to or better than the requested trade price, effecting the trade at the corresponding respective current exchange rate first price or second price and if the corresponding current exchange rate is worse than the requested trade price, refusing the trade; and | *See* above. *See also* Claim 1(iv-v). |
|---|---|
| (v) transmitting from the trading system server to the trading client system an indication of whether the trade was refused or transacted and, if transacted, an indication of the price the trade was transacted at. | *See* above. *See also* Claim 1(v-vii).<br> |