Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar
  (KEscanlar@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Telephone: (973) 622-3333

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

Michael B. Levin (mlevin@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Neil N. Desai (ndesai@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

Naoya Son (nson@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants GAIN Capital
Holdings, Inc. and GAIN Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OANDA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>GAIN CAPITAL HOLDINGS, INC., and GAIN CAPITAL GROUP, LLC,<br><br>  Defendants. | Civil Action No. 20-05784-ZNQ-JTQ<br><br>**NOTICE OF UNOPPOSED MOTION TO SEAL**<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>Return Date: April 21, 2025 |

**PLEASE TAKE NOTICE** that on Monday, April 21, 2025 at **10:00 a.m.**, or as soon thereafter as counsel may be heard, GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC ("Defendants") shall appear before the Honorable Justin T. Quinn, U.S.M.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order permanently sealing portions of: (1) the Transcript of oral arguments regarding discovery disputes concerning Rule 30(b)(6) deposition topics held before the Honorable Justin T. Quinn on March 4, 2025 ("Transcript") (ECF No. 266) and (2) letter order regarding discovery disputes (ECF No. 263) ("Letter Order").

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendants shall rely upon the concurrently filed Declaration of Charles Camack and accompanying Exhibit 1. A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that the proposed redacted version of the Transcript (ECF No. 266) will be submitted to the Court under separate cover in accordance with L. Civ. R. 5.3(g).

**PLEASE TAKE FURTHER NOTICE** that Plaintiff OANDA Corp. does not oppose the relief requested in this motion.

\* \* \*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 21, 2025 | By: *Arnold B. Calmann* |

Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar
 (KEscanlar@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Telephone: (973) 622-3333

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

Michael B. Levin (mlevin@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*

Neil N. Desai (ndesai@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

Naoya Son (nson@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900