Arnold B. Calmann (ACalmann@saiber.com)
Katherine A. Escanlar (KEscanlar@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Telephone: (973) 622-3333

Natalie J. Morgan (nmorgan@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

Michael B. Levin (mlevin@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300

Neil N. Desai (ndesai@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

Naoya Son (nson@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OANDA CORPORATION, | Civil Action No. 20-05784-ZNQ-JTQ |
| Plaintiff, | **NOTICE OF JOINT MOTION TO SEAL** |
| v. | |
| GAIN CAPITAL HOLDINGS, INC., and GAIN CAPITAL GROUP, LLC, | ***DOCUMENT FILED ELECTRONICALLY*** |
| Defendants. | Return Date:  August 18, 2025 |

**PLEASE TAKE NOTICE** that on August 18, 2025 at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Plaintiff OANDA Corporation ("Plaintiff" or "OANDA") and Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC ("Defendants" or "GAIN") shall appear before the Honorable Justin T. Quinn, U.S.M.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order permanently sealing portions or the entirety of: (1) OANDA'S Letter to Judge Quinn Re Motion to Compel Testimony of Boris Levine (ECF No. 289); (2) Exhibits B–F to OANDA's Letter in Support Motion to Compel Testimony of Boris Levine (ECF Nos. 289-2 to 289-6); (3) GAIN's Responsive Letter to OANDA's Motion to Compel Letter (ECF No. 296); (4) Exhibits 1, 3, 4, and 6 to GAIN's Responsive Letter to OANDA's Motion to Compel Letter (ECF No. 296-1).

**PLEASE TAKE FURTHER NOTICE** that in support of their Joint Motion, Plaintiff shall rely upon the Declaration of Drew Koning and accompanying index (Ex. 1) and Defendants shall rely upon the Declaration of Charles Camack and accompanying index (Ex. 2). A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

2

Dated: July 24, 2025

/s/ Cynthia S. Betz
Cynthia S. Betz
Mark M. Makhail
**McCarter & English, LLP**
100 Mulberry Street
4 Gateway Center
Newark, NJ 07102
T: 973-622-4444

Drew Koning (pro hac vice)
drew@kzllp.com
Blake Zollar (pro hac vice)
blake@kzllp.com
**Koning Zollar LLP**
169 Saxony Road, Suite 115
Encinitas, CA 92024
T: 858.252.3234

Shaun Paisley (pro hac vice)
shaun@kzllp.com
**Koning Zollar LLP**
470 James Street, Suite 007
New Haven, CT 06513
T: 203.951.1213

Erik Dykema
erik@kzllp.com
**Koning Zollar LLP**
4 Manheim Road
Essex Fells, NJ 07021
T: 858.252.3234

*Attorneys for Plaintiff OANDA Corporation*

Respectfully submitted,

/s/ Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333
abc@saiber.com
kescanlar@saiber.com

Natalie J. Morgan
**WILSON SONSINI GOODRICH & ROSATI P.C.**
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
nmorgan@wsgr.com

Michael B. Levin
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
mlevin@wsgr.com

Neil N. Desai
**WILSON SONSINI GOODRICH & ROSATI P.C.**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
ndesai@wsgr.com

Naoya Son (nson@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC*