# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OANDA Corporation,<br><br>   *Plaintiff*,<br><br>v.<br><br>GAIN Capital Holdings, Inc.;<br>GAIN Capital Group, LLC.<br><br>   *Defendants*. | Civil Action No. 3:20-cv-5784<br><br>**NOTICE OF UNOPPOSED MOTION TO SEAL**<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>Return Date: October 6, 2025 |

**PLEASE TAKE NOTICE** that on October 6, 2025, 2025 at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Plaintiff OANDA Corporation ("Plaintiff" or "OANDA") shall appear before the Honorable Justin T. Quinn, U.S.M.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order permanently sealing portions or the entirety of: (1) Defendants GAIN Capital Holdings, Inc. and GAIN Capital Group, LLC's ("GAIN") Letter re Stumm Deposition Errata (ECF No. 306); (2) Exhibits B and C to GAIN's Letter (ECF Nos. 306-2 and 306-3); (3) OANDA's Response re Stumm Deposition Errata (ECF No. 307); (4) Declaration of Dr. Michael Stumm in Opposition to GAIN's Request to Strike Errata (ECF No. 307-1); and (5) Exhibit 1 to OANDA's Response (ECF No. 307-2).

**PLEASE TAKE FURTHER NOTICE** that in support of their Joint Motion, Plaintiff submits the Declaration of Drew Koning and accompanying index (Ex. 1). A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that that, for the purposes of this motion only, GAIN does not object to OANDA's motion to seal the foregoing materials.

Dated: August 27, 2025                            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Cynthia S. Betz*
　　　　　　　　　　　　　　　　　　　　　　Cynthia S. Betz
　　　　　　　　　　　　　　　　　　　　　　Mark M. Makhail
　　　　　　　　　　　　　　　　　　　　　　**McCarter & English, LLP**
　　　　　　　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　　　　　　　4 Gateway Center
　　　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　　　T: 973-622-4444

　　　　　　　　　　　　　　　　　　　　　　Drew Koning (pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　drew@kzllp.com
　　　　　　　　　　　　　　　　　　　　　　Blake Zollar (pro hac vice)

blake@kzllp.com
**Koning Zollar LLP**
169 Saxony Road, Suite 115
Encinitas, CA 92024
T: 858.252.3234

Shaun Paisley (pro hac vice)
shaun@kzllp.com
**Koning Zollar LLP**
470 James Street, Suite 007
New Haven, CT 06513
T: 203.951.1213

Erik Dykema
erik@kzllp.com
**Koning Zollar LLP**
4 Manheim Road
Essex Fells, NJ 07021
T: 858.252.3234

*Attorneys for Plaintiff
OANDA Corporation*